FILED
14 APR 10 PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID B. TURNER, JR., Inmate Booking No. 13719099,

Plaintiff,

vs.

GEORGE BAILEY DETENTION FACILITY; et al.,

Defendants.

CASE NO. 13cv2090 BEN (JLB)

**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE**

[Docket No. 16]

The Second Amended Complaint ("SAC") in this action contains allegations that Constitutional violations under 42 U.S.C. § 1983 occurred while Plaintiff was a prisoner. On February 24, 2014, Defendants filed a motion to dismiss the SAC, raising arguments under Federal Rule of Civil Procedure 12. (*See* Docket No. 16-2.) Specifically, in support of their motion, Defendants present evidence outside the four corners of the SAC and argue that the evidence shows Plaintiff failed to exhaust the available administrative remedies prior to filing this action.

On April 3, 2014, the Ninth Circuit issued a precedential opinion that holds, *inter alia*, that a failure to exhaust argument based on evidence outside the complaint should be raised pursuant to Federal Rule of Civil Procedure 56. *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, *1 (9th Cir. Apr. 3, 2014). Based on this new precedent,

///

///

the pending motion to dismiss, (Docket No. 16), is **DENIED** without prejudice to filing a motion for summary judgment on or before **April 25, 2014**.

**IT IS SO ORDERED.**

DATED: April 10, 2014

HON. ROGER T. BENITEZ
United States District Judge